```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :      20cr75(DLC)
                                         :
           -v-                           :      ORDER
                                         :
JULIO ROSARIO,                           :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the letter of October 19, 2021 from defense counsel, it is hereby

ORDERED that CJA counsel on duty this day Antonia Apps is appointed to represent defendant Julio Rosario.

IT IS FURTHER ORDERED that current counsel for Mr. Rosario and newly appointed counsel shall confer and suggest times for either October 28, 29, or the week of November 1, 2021 when they are available for a substitution of counsel hearing.  Such letter shall be filed no later than 12:00 PM on October 22, 2021.

Dated:    New York, New York
          October 20, 2021

                              _____
                                       DENISE COTE
                              United States District Judge