```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     20cr75 (DLC)
                                         :
            -v-                          :     ORDER
                                         :
JULIO ROSARIO,                           :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 25, 2021, the trial in this case was set to begin on January 24, 2022. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. On December 1, 2021, the Clerk's Office notified district judges of the dates on which jury selection could commence during the months of January through March 2022 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that the trial in this action will commence with jury selection on **January 26, 2022**.

IT IS FURTHER ORDERED that any Voir Dire requests, Requests to Charge, motions in limine, and trial memoranda are due by **January 7, 2022**. Any opposition shall be filed by **January 14, 2022**.

IT IS FURTHER ORDERED that a final pretrial conference will occur on **January 21, 2022** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:    New York, New York
         December 2, 2021

                                                   _____
                                                      DENISE COTE
                                       United States District Judge