```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
            -v-                          :      20cr75 (DLC)
                                         :
 JULIO ROSARIO,                          :         ORDER
                                         :
                      Defendant.         :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the defendant is scheduled to enter a change of plea in person in Courtroom 18B, 500 Pearl Street, on **December 13, 2021** at **10:00 AM**.  In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

   https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear a mask that covers their nose and mouth in the

courthouses.  Bandannas, gaiters and masks with valves are prohibited.

Dated:   New York, New York
         December 9, 2021

>                           _____
>                                    DENISE COTE
>                           United States District Judge